**Motion Granted and Order filed March 8, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00117-CV

———————

### MOHSEN SHAHPOURI ARANI, M.D, Appellant

### V.

### RONNIE J. FISHER, CLAUDIA M. GRAETER, KEVIN D. FISHER, AND LOU ELLEN BEASLEY, INDIVIDUALLY AND AS HEIRS AND PERSONAL REPRESENTATIVE OF THE ESTATE OF MAGGIE JACKSON, Appellees

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2016-60520**

## ORDER

The reporter's record in this case was due February 19, 2018. *See* Tex. R. App. P. 35.1. Only a portion of the reporter's record has been filed. The court has not received a request to extend time for filing Jennifer Gajevsky's portion of the record and this portion of the record has not been filed with the court. Because Jennifer Gajevsky's portion of the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Gajevsky, the court reporter, to file her portion of the record in this appeal **within 10 days** of the date of this order.

Appellant's brief is due **20 days** after Jennifer Gajevsky's portion of the reporter's record is filed with this court.

PER CURIAM